File Hashes for IP Address 73.162.252.58

**ISP:** Comcast Cable
**Physical Location:** San Jose, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/18/2015 12:06:36 | 87EAA853792D2D80155FE7D083A363C7803731D4 | Do Me Darling |
| 09/23/2015 11:10:32 | 6D1EAE7E3C719810FE077818878FA5362A9EC660 | The Young and the Restless |
| 09/23/2015 09:40:19 | DE5C50171A162B0474692B306773E20D3ACCBCCC | Raw Passion |
| 09/06/2015 11:24:08 | 5F9AB1EB251770A2951DCFAF83DB394DB766AFB6 | East Meets West |
| 09/02/2015 14:51:24 | 72C5F1DBC6450F1E2A92EC1F8A55098D80002B06 | Enjoy the Ride |
| 07/10/2015 20:01:40 | 7A2C23304CC3C0395542D60F6CB148EB6941B648 | Barely Fits |
| 06/27/2015 16:32:16 | 200672D11F2BD9E8C17956D169C65EAD75849B29 | Fucking Ballerinas |
| 02/28/2015 09:49:11 | 4A5CC230AF33B06D5956A70431B1C72A52760B5F | I Want You To Want Me |
| 02/12/2015 16:57:49 | 01439029C30ED54BC7F6436CA480A31FD5FB4E7C | Elevated Erotica |
| 02/12/2015 10:24:35 | FE12E2102DF5F07A0C4809929ED2F0DF5AAF322F | Alone Is A Dream Left Behind |
| 02/10/2015 14:00:01 | 6B8CA3063073C994D814F926D757BC617D952052 | Ready for Love |
| 02/10/2015 02:59:42 | F090E3CE8E2D754F5D8FDC78F4A104EA833B3465 | Afterthoughts |
| 02/06/2015 10:31:00 | C0FA178A2DB0191F39C09EFEF2FE592A57F53C97 | Sexy In The City |
| 01/14/2015 09:48:20 | 8DC5772F537D4A009EBF7C20B43494685CFBB767 | Malibu Moments |
| 12/25/2014 03:03:26 | 549DD0D15D5335D60A0553E25AD2FCE571616F16 | Model Couple on Vacation |
| 12/17/2014 15:43:36 | 9EDE355202FE5BD325E0EA8EA4FF58C2644EF183 | Be With Me |
| 12/17/2014 13:41:47 | BDC50EF4270640FF7D61551C16CDB17D97A472E2 | Just Watch Part 2 |
| 12/03/2014 16:39:49 | FC822DDAE5C332FDC8711A64C2C54BDD7B656CA8 | Cum In Get Wet |
| 11/09/2014 22:28:54 | BF25191017AABB716E4A0C27CE4D3E2DE4CE34B4 | Mile High Club |
| 11/09/2014 17:00:29 | F3DF11ACFF06FC5F3187F80F377EDB20E251F30F | Angie VIP Lounge |
| 11/09/2014 16:50:33 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 09/21/2014 13:30:50 | 680520878EF0B11003F715C2EB34FD7D53D6584D | Photo Fantasy |

EXHIBIT A

NCA85

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/14/2014 15:00:13 | 941949F8F0D4F6A03E23515626AA08A9BEC0AF61 | Backstage |
| 09/14/2014 08:48:38 | 4E185C5963B4B5D30D416714F03CAFE5C6940EF6 | Shes A Spinner |
| 09/05/2014 15:31:23 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 09/04/2014 08:57:56 | 270CF3F21E46ADFE5C1B4B24861FE8F38CB80530 | Give Me More Part 2 |
| 09/03/2014 22:08:50 | 6605EAC9FE9C63948984D3403B2D73302C50A196 | Yours Forever |
| 09/01/2014 09:21:23 | 3FCA2DBC6EBBC979581096EDA01FFB60BD23BED5 | Vacation Fantasy |
| 09/01/2014 08:17:27 | 05BEFB72FC9616F0D41FC69E1086CA3EAE2D2CEA | Tiffanys Tight Ass |
| 08/29/2014 11:39:57 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |

**Total Statutory Claims Against Defendant: 30**

EXHIBIT A