Copyrights-In-Suit for IP Address 73.162.252.58

**ISP:** Comcast Cable
**Location:** San Jose, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 10/18/2015 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 09/23/2015 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 09/23/2015 |
| East Meets West | PA0001926088 | 12/23/2014 | 12/29/2014 | 09/06/2015 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 09/02/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 07/10/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 06/27/2015 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 02/28/2015 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 02/12/2015 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 02/12/2015 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 02/10/2015 |
| Afterthoughts | PA0001909479 | 08/10/2014 | 08/19/2014 | 02/10/2015 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 02/06/2015 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 01/14/2015 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/25/2014 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 12/17/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 12/17/2014 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 12/03/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 11/09/2014 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 11/09/2014 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 11/09/2014 |

EXHIBIT B

NCA85

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 09/21/2014 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 09/14/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/14/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 09/05/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 09/04/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 09/03/2014 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 09/01/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/01/2014 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 08/29/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  30**

EXHIBIT B